■ KEN MAR DEVELOPMENT, INC., Respondent, v CITY OF SARATOGA SPRINGS, Appellant. [691 NYS2d 857] —Appeals (1)

from an order of the Supreme Court (Ferradino, J.), entered May 21, 1998 in Saratoga County, which granted plaintiff's motion for summary judgment, and (2) from an order of said court, entered May 21, 1998 in Saratoga County, which denied defendant's motion for renewal.

Orders affirmed, upon the opinion of Justice Stephen A. Ferradino. Mikoll, J. P., Mercure, Crew III, Peters and Carpinello, JJ., concur. Ordered that the orders are affirmed, with costs.